UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES FREDRICK ROBERTS, III, | § § § | |
| *Plaintiff,* | § § | |
| | § | Civil Action No. 3:22-CV-2214-X-BK |
| v. | § § | |
| DALLAS COUNTY, et al., | § § | |
| *Defendant.* | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  [Doc. No. 11].  Roberts filed an objection.  In one paragraph, he restates conclusions that he has been hurt.  The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.   Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DISMISSES WITH PREJUDICE** this case.   Therefore, the Court **FINDS AS MOOT** Roberts's Motion for Security Proceedings [Doc. No. 15], Roberts's Brief on Motion to Amend Complaint [Doc. No. 25], Roberts's Request to Remove Scripture Versus [sic] From the Book of Genesis [Doc. No. 27], and Roberts's Motion to Compel Discovery [Doc. No. 28].

**IT IS SO ORDERED** this 14th day of February 2023.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE